UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES BESSARD,<br><br>Petitioner,<br><br>v.<br><br>MARCIA CRONE, *Judge*; EARL HINES, *Magistrate Judge*; KEITH GIBLIN, *Magistrate Judge*; FNU JETT, *Warden*, UNITED STATES OF AMERICA; UNITED STATES GOVERNMENT; THE ILLUMINATI; and TRILATERAL COMMISSION - CFR,<br><br>Respondents. | Case No. 14-CV-2697 (MJD/SER)<br><br><br>ORDER |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly,

**IT IS HEREBY ORDERED** that:

1. Petitioner James Bessard's petition for a writ of habeas corpus [ECF No. 1] be DISMISSED pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated:  October 15, 2014                *s/Michael J. Davis*
                                                         Michael J. Davis
                                                         Chief U.S. District Judge